Lilian G. Tsang, Esq. #260460
Chapter 13 Standing Trustee
P.O. Box 3051
Modesto, CA 95353-3051
Telephone (209) 576-1954
Fax (209) 576-7984
E-mail: efile@mod13.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>NANCY J WILLIAMS<br><br>STEVE L. WILLIAMS<br><br><br>Debtors | CASE NO. 24-10769<br><br>DC NO.: SDS-2<br><br>CHAPTER 13 TRUSTEE'S OPPOSITION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>DATE: June 11, 2025<br>TIME: 9:30 am<br>PLACE: U.S. Courthouse<br>　　　　5th Floor, Dept B, Courtroom 13<br>　　　　2500 Tulare Street<br>　　　　Fresno, CA 93721<br>JUDGE: Hon. Rene Lastreto II |

**Lilian G. Tsang**, Chapter 13 Trustee in the above referenced matter, objects to confirmation of the Chapter 13 Plan filed on May 02, 2025, on the following grounds:

## I.

## **BASIS OF OBJECTION**

**1. The plan provides for payments to creditors for a period longer than 5 years. [11 U.S.C. §1322(d)]**

Debtors have failed to produce any evidence that they could qualify for a mortgage refinance. In addition, Debtors have not provided any evidence that they are currently marketing the home for sale or have retained a real estate broker to sell the home. Both options, the refinance and/or sale of the home within 20 months of confirmation, are speculative and illusory, rendering the plan not feasible.

2.  **The Debtors will not be able to make all payments under the plan and comply with the plan. [11 U.S.C. §1325(a)(6)]**

   A) The Debtors' plan proposes the following monthly payments to secured creditors:

   i) Attorney fees, $250.00 per month starting in month 14,

   ii) American Honda Financial Corporation, $640.26 per month,

   iii) Tulare County Tax Collector, $165.56 per month.

   These monthly payments total $1,160.24 with Trustee compensation and expense. Debtors' plan payment is only $1,160.00 per month. Accordingly, Debtors' Plan is not feasible.

   B) Furthermore, Nonstandard provisions 7.01 of the plan lists a monthly plan payment of $1,875.00 per month for months 1-4, $1,987.00 per month for months 4-6, then $1,160.00 per month for moths 7-36. Debtors' case was filed on March 26, 2024, and April 2025 was month 13.

   Pursuant to the First Amended Plan, Debtors are delinquent $260.95. A total of $21,581.00 has come due through and including April 2025, and the Debtors have only paid a total of $21,320.05 to date. An additional plan payment of $1,160.00 will come due on May 25, 2025.

## II.

## POINTS AND AUTHORITIES

11 U.S.C §1322(a) provides that a plan shall provide for certain payments to creditors and for payment of claims within specified classes. Pursuant to 11 U.S.C. §1325(a)(1) the Court shall confirm a plan if the plan complies with the provisions of Chapter 13 and with other applicable provisions of this title.

11 U.S.C. §1325(a) provides that the Court shall confirm a plan if certain criteria set forth in §1325(a) is met.

The debtors carry the burden of proving, by a preponderance of the evidence, that the plan complies with the statutory requirements of confirmation. In re Arnold and Baker Farms, 177 B.R.648, 654 (9th Cir. BAP 1994), In re Warren, 89 B.R. 87, 93 (9th Cir. BAP 1988), In re Wolff, 22 B.R.510, 512 (9th Cir. 1982).

///

**WHEREFORE**, the Trustee prays that the Court enters an order denying confirmation.

DATED: 5/20/2025

Respectfully submitted,
/s/ Lilian G. Tsang

Lilian G. Tsang,
Chapter 13 Trustee