

United States Bankruptcy Court

Eastern District of California

Office Of the Clerk

7/15/2025

Susan Silveira

2037 W Bullard Ave #311

Fresno, CA 93711

Dear Susan Silveira:

On 7/10/2025, an electronic notification sent to you at silveiralaw@earthlink.net via our e-Filing system was returned as undeliverable.  As a result, we have deleted your e-mail address from our e-Filing system.

To ensure that you continue to receive electronic notifications in all open cases, please log in to our e-Filing system to update a current e-mail address.

If you are no longer actively representing clients in the Eastern District of California, please see Local Rule 2017-1 to determine which steps to take to be removed from your cases.

If you have any questions, please contact our help desk at 855-542-0992.

Sincerely,

Scott Yach

Clerk of Court